UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| XAVION JOHNSON,<br><br>        Plaintiff(s),<br><br>v.<br><br>KASTRADA LLC,<br><br>        Defendant(s). | Case No. 2:24-cv-01839-RFB-EJY<br><br>**Order**<br><br>[Docket No. 9] |

In light of the representations regarding arbitration, Docket No. 9, the Court **VACATES** the early neutral evaluation. The Clerk's Office is **INSTRUCTED** to remove the ENE flag from this case and to remove the undersigned from the docket.

IT IS SO ORDERED.

Dated: October 17, 2024

_____
Nancy J. Koppe
United States Magistrate Judge

1