1  LAW OFFICES OF ROBERT P. SPRETNAK
   Robert P. Spretnak, Esq. (Bar No. 5135)
2  8275 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123
3  Telephone: (702) 454-4900
   Fax: (702) 938-1055
4  Email: bob@spretnak.com
   Attorney for Xavion Johnson, Plaintiff
5
6  FOX ROTHSCHILD LLP
   Deanna L. Forbush, Esq.
   Kevin M. Sutehall, Esq.
7  1980 Festival Plaza Drive, Suite 700
   Las Vegas, Nevada 89135
8  Telephone: (702) 262-6899
   Fax: (702) 597-5503
9  Email: dforbush@foxrothschild.com
          ksutehall@foxrothschild.com
10 Attorneys for Kastrada, LLC, Defendant

11

12                    UNITED STATES DISTRICT COURT

13                         DISTRICT OF NEVADA

14 XAVION JOHNSON,                      )
                                        )
15            Plaintiff,                )   Case No.: 2:24-cv-01839-RFB-EJY
                                        )
16    vs.                               )
                                        )
17 KASTRADA LLC, a foreign limited liability )  **STIPULATION AND ORDER FOR
   company;  and ROE CORPORATIONS I     )   DISMISSAL WITH PREJUDICE**
18 through V,                           )
                                        )
19            Defendants.               )
   _____ )

20

21        Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff XAVION JOHNSON, by and through

22 his counsel, Robert P. Spretnak, Esq., of the Law Offices of Robert P. Spretnak, and Defendant

23 KASTRADA LLC, a foreign limited liability company, by and through its counsel, Deanna L.

24 Forbush, Esq., and Kevin M. Sutehall, Esq., of Fox Rothschild LLP, hereby stipulate to the

25 Dismissal with Prejudice of this action, including all claims herein against all parties.

26 . . . .

27 . . . .

28 . . . .

THE LAW OFFICES OF
ROBERT P. SPRETNAK
A PROFESSIONAL CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123

Page 1 of 2

1  Each party shall bear his or its own attorneys' fees and costs.

2

3  DATED:  28 April 2025.                    DATED:  28 April 2025.

4  LAW OFFICES OF ROBERT P. SPRETNAK    FOX ROTHSCHILD LLP

5  By: /s/ Robert P. Spretnak              By: /s/ Deanna L. Forbush
       Robert P. Spretnak, Esq.                Deanna L. Forbush, Esq.
6                                              Kevin M. Sutehall, Esq.

7  Attorney for Xavion Johnson, Plaintiff

   Attorneys for Kastrada, LLC, Defendant

8  8275 S. Eastern Avenue, Suite 200
   Las Vegas, Nevada 89123                 1980 Festival Plaza Drive, Suite 700
                                           Las Vegas, Nevada 89135
9

10

11                          **ORDER**

12              IT IS SO ORDERED.

13

14              _____
                RICHARD F. BOULWARE, II
                UNITED STATES DISTRICT JUDGE
15

16              DATED: This 28th day of April, 2025.

17

18

19

20

21

22

23

24

25

26

27

28

THE  LAW  OFFICES  OF
ROBERT P. SPRETNAK
A  PROFESSIONAL  CORPORATION
8275 S. EASTERN AVENUE
SUITE 200
LAS VEGAS, NEVADA 89123